No. 02–7758. GREEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7760. LOPEZ HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7761. HERNANDEZ-TORRES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7762. GUERRA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7764. MELITA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–7766. QUINONES MEDINA, AKA QUINONEZ, AKA REYES QUINONEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7768. LOCKRIDGE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7770. JIMENEZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–7771. TOTARO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–7772. LEVAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–7773. KOLM *v.* OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 02–7775. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7778. STREATER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–7780. RAZAK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7781. MARINO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7784. SEALS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.